**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sean Daryl GARNER, Defendant–**
**Appellant.**

**No. 05–50863.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

**PER CURIAM:** *

The Federal Public Defender appointed to represent Sean Daryl Garner has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garner has filed a response. Our independent review of the brief, Garner's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.